An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

AZUJHON KENNETH SIMS,
Appellant,
vs.
DAVID ROGER, CLARK COUNTY
DISTRICT ATTORNEY,
Respondent.

No. 59959

FILED

JUN 1 4 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a proper person appeal from a district court order dismissing appellant's complaint in a tort action. First Judicial District Court, Carson City; James Todd Russell, Judge.

Having reviewed appellant's proper person appeal statement and the record, we conclude that appellant's complaint was properly dismissed.[1] NRCP 12(b)(5); *County of Washoe v. Second Judicial Dist. Court*, 98 Nev. 456, 457, 652 P.2d 1175, 1176 (1982) ("[A] district attorney is immune from damages for his actions and conduct arising from the performance of his criminal prosecutorial function."); *see also* 37 C.F.R. § 202.1(a) (indicating that "[w]ords and short phrases such as names" are "not subject to copyright"). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1]To the extent that appellant challenges the district court's rulings on appellant's motion for summary judgment and respondent's motion to strike, these motions were properly ruled upon.

13-17602

cc: Hon. James Todd Russell, District Judge
Azujhon Kenneth Sims
Clark County District Attorney/Civil Division
Carson City Clerk